HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ORTIZ-PADILLA,<br><br>Defendant. | Case No.  1:21-cr-00239-JLT-SKO<br><br>STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE; AND ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Salvador Ortiz-Padilla, that the following term and condition of Mr. Ortiz-Padilla's pretrial release, imposed on September 28, 2021 (*see* Dkt. #11), be modified. Condition (l), states, in relevant part, the following:

> HOME INCARCERATION: You must remain inside your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services Officer.

Dkt. #11 at 2. The parties hereby stipulate that Condition (l) be modified by striking the above portion of Condition (l) and replacing it with the following:

> HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney

visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf. In addition, you can attend medical appointments with your girlfriend regarding your unborn child.

All other terms and conditions of Mr. Ortiz-Padilla's pretrial release, previously imposed on September 28, 2021, shall remain in full force and effect. *See* Dkt. #11 at 2.

Mr. Ortiz-Padilla was released on conditions on September 28, 2021. *See* Dkt. #11. Since that time, Mr. Ortiz-Padilla has been subject to location monitoring (home incarceration). *See* Dkt. #11 at 2. According to his Pretrial Services officer, between his release on conditions in September 2021, and the present, he has maintained compliance with pretrial services and his adjustment to supervision has been positive. Accordingly, the parties, including Mr. Ortiz-Padilla's Pretrial Services officer, Anthony Perez, support the modification above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: April 4, 2022              */s/ Justin Gilio*
                                   JUSTIN GILIO
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   HEATHER E. WILLIAMS
                                   Federal Defender

Date: April 4, 2022               */s/ Reed Grantham*
                                   REED GRANTHAM
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   SALVADOR ORTIZ-PADILLA

1 **O R D E R**

2 IT IS SO ORDERED. The term and condition of Mr. Ortiz-Padilla's pretrial release,
3 previously imposed on September 28, 2021, is hereby modified as set forth above. All other
4 conditions previously imposed remain in full force and effect.

6 IT IS SO ORDERED.

7 Dated: **April 4, 2022**               /s/ *Barbara A. McAuliffe*
8                                        UNITED STATES MAGISTRATE JUDGE