HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00239-JLT-SKO |
| Plaintiff, | STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE and ORDER |
| vs. | |
| SALVADOR ORTIZ-PADILLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Salvador Ortiz-Padilla, that Condition (l) of Mr. Ortiz-Padilla's pretrial release, initially imposed on September 28, 2021 (*see* Dkt. #11), and later modified on April 5, 2022 (*see* Dkt. #22), be further modified to permit Mr. Ortiz-Padilla to stay overnight at the Saint Agnes Medical Center, located at 1303 E. Herndon Ave., Fresno, California 93720, for an appropriate period of time recommended by his physician following his knee replacement surgery which is scheduled for Thursday, July 21, 2022, and that Mr. Ortiz-Padilla provide daily confirmation of his location at the hospital to his assigned Pretrial Services officer for the period of time that he will be staying at the hospital.

Mr. Ortiz-Padilla was released on conditions on September 28, 2021. *See* Dkt. #11. At that time, Mr. Ortiz-Padilla has been subject to location monitoring (home incarceration). *See*

Dkt. #11 at 2. Thereafter, on April 5, 2022, the Court, pursuant to a stipulation from the parties, modified Mr. Ortiz-Padilla's condition of release that subjected him to location monitoring (home incarceration) and replaced that condition with a condition that imposed location monitoring (home detention). *See* Dkt. #22.

Mr. Ortiz-Padilla has suffered for months with a pre-existing injury to his right knee. In March 2022, he fell and landed on his already injured knee and suffered significant additional damage to his knee. Recently, he was advised that surgery was recommended, and surgery was set for Thursday, July 21, 2022. The documents confirming this surgery have been provided to government counsel and the assigned Pretrial Services officer. Mr. Ortiz-Padilla was advised by his physician that he may need to recover from the surgery at the hospital for a period of anywhere between 1 and 5 nights. Because Mr. Ortiz-Padilla is subject to location monitoring (home detention), his assigned Pretrial Officer cannot approve overnight stays, even for medical treatment or surgeries.

Accordingly, the parties hereby submit this stipulation to modify Condition (l) of his terms and conditions of release to state the following:

> HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf. In addition, you can attend medical appointments with your girlfriend regarding your unborn child.
>
> Notwithstanding the above, Mr. Ortiz-Padilla is permitted to stay overnight at the Saint Agnes Medical Center, located at 1303 E. Herndon Ave., Fresno, California 93720, for a period of time, as recommended by his physician, following his knee replacement surgery which is scheduled for Thursday, July 21, 2022. For the period of time that Mr. Ortiz-Padilla will be staying overnight at the hospital, he must provide daily confirmation of his stay at the hospital by verifying his location when asked by his assigned Pretrial Services officer. During this period of time, Mr. Ortiz-Padilla will not be electronically monitored. As soon as Mr. Ortiz-Padilla becomes aware of the date and time of his discharge from the hospital, Mr. Ortiz-Padilla is instructed to contact his Pretrial

Services officer and to follow the officer's instructions with respect to re-connecting the electronic monitoring device.

The parties, including Mr. Ortiz-Padilla's Pretrial Services officer, Anthony Perez, have reviewed the modification above and stipulate and agree to the modification. All other terms and conditions of Mr. Ortiz-Padilla's pretrial release, previously imposed, shall remain in full force and effect. *See* Dkt. #11 at 2; Dkt. #22.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: July 19, 2022          */s/ Justin Gilio*
                              JUSTIN GILIO
                              Assistant United States Attorney
                              Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: July 19, 2022           */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              SALVADOR ORTIZ-PADILLA

**O R D E R**

IT IS SO ORDERED. Condition (l) of Mr. Ortiz-Padilla's pretrial release, previously imposed on September 28, 2021, and later modified on April 5, 2022, is hereby further modified as set forth above. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 19, 2022**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Ortiz-Padilla – Stipulation to Modify
Condition of Pretrial Release

-4-