HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SALVADOR ORTIZ-PADILLA,<br><br>   Defendant. | Case No.  1:21-cr-00239-JLT-SKO<br><br>AMENDED STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE; ORDER |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Salvador Ortiz-Padilla, that Condition (7)(l) of Mr. Ortiz-Padilla's pretrial release, initially imposed on September 28, 2021 (*see* Dkt. #11), modified on April 5, 2022 (*see* Dkt. #22), and further modified on July 19, 2022 (*see* Dkt. #29) be removed. Specifically, the parties stipulate that the following condition be removed:

> HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf. In addition, you can attend medical appointments with your girlfriend regarding your unborn child.

1
2
3
4
5
6
7
8

> Notwithstanding the above, Mr. Ortiz-Padilla is permitted to stay overnight at the Saint Agnes Medical Center, located at 1303 E. Herndon Ave., Fresno, California 93720, for a period of time, as recommended by his physician, following his knee replacement surgery which is scheduled for Thursday, July 21, 2022. For the period of time that Mr. Ortiz-Padilla will be staying overnight at the hospital, he must provide daily confirmation of his stay at the hospital by verifying his location when asked by his assigned Pretrial Services officer. During this period of time, Mr. Ortiz-Padilla will not be electronically monitored. As soon as Mr. Ortiz-Padilla becomes aware of the date and time of his discharge from the hospital, Mr. Ortiz-Padilla is instructed to contact his Pretrial Services officer and to follow the officer's instructions with respect to re-connecting the electronic monitoring device.

9 Mr. Ortiz-Padilla was released on conditions on September 28, 2021. *See* Dkt. #11. At
10 that time, Mr. Ortiz-Padilla was subject to location monitoring (home incarceration). *See* Dkt.
11 #11 at 2. Thereafter, on April 5, 2022, the Court, pursuant to a stipulation from the parties,
12 modified Mr. Ortiz-Padilla's condition of release that subjected him to location monitoring
13 (home incarceration) and replaced that condition with a condition that imposed location
14 monitoring (home detention). *See* Dkt. #22. Then, on July 19, 2022, the Court, pursuant to a
15 stipulation from the parties, modified the location monitoring (home detention) condition to
16 permit Mr. Ortiz-Padilla's overnight stay at a hospital for medical care. *See* Dkt. #29.

17 Mr. Ortiz-Padilla is currently subject to location monitoring (home detention). He has
18 been under Pretrial Services supervision since September of 2021 and he has remained in
19 compliance with his pretrial release conditions since that time. According to Pretrial Services,
20 he remains in contact with Pretrial Services, he is employed, he has maintained the same residence,
21 he has not had any new law violations, and he continues to provide negative drug tests and
22 attends all of his counseling appointments. As a result, Pretrial Services does not believe that the
23 location monitoring (home detention) condition remains necessary. Accordingly, the parties
24 hereby stipulate and agree to remove the location monitoring (home detention) condition. The
25 government has no objection to removing the location monitoring (home detention) condition.
26 All other terms and conditions of Mr. Ortiz-Padilla's pretrial release, previously imposed, shall
27 remain in full force and effect.

28 //

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | PHILLIP A. TALBERT<br>United States Attorney |
| 3 |   |   |
| 4 | Dated: December 29, 2022 | /s/ Justin Gilio<br>JUSTIN GILIO |
| 5 |   | Assistant United States Attorney<br>Attorney for Plaintiff |
| 6 |   |   |
| 7 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 |   |   |
| 9 | Date: December 29, 2022 | /s/ Reed Grantham<br>REED GRANTHAM |
| 10 |   | Assistant Federal Defender<br>Attorney for Defendant |
| 11 |   | SALVADOR ORTIZ-PADILLA |

# **O R D E R**

IT IS SO ORDERED. Condition (7)(l) of Mr. Ortiz-Padilla's pretrial release is hereby removed as set forth above. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 29, 2022**

UNITED STATES MAGISTRATE JUDGE