HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ORTIZ-PADILLA,<br><br>Defendant. | Case No. 1:21-cr-00239-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the trial currently scheduled for October 24, 2023, may be vacated and a change of plea hearing date be set for October 23, 2023, at 10:00 a.m.

   The parties are in the process of finalizing a plea agreement in this matter, and, as a result, are requesting to vacate the current trial date, and to set a change of plea hearing for October 23, 2023. This will provide time for the parties to finalize the plea documents prior to the change of plea hearing.

   The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the

purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through October 23, 2023, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 8, 2023        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SALVADOR ORTIZ-PADILLA


PHILLIP A. TALBERT
United States Attorney

Date: September 8, 2023        */s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The trial currently set for October 24, 2023, is hereby vacated. A change of plea hearing is set for October 23, 2023, at 10:00 a.m.

The time through October 23, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 8, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE