1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    SALVADOR ORTIZ-PADILLA
7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No. 1:21-cr-00239-JLT-SKO

12              Plaintiff,              STIPULATION TO CONTINUE CHANGE OF
                                        PLEA HEARING; ORDER
13   vs.

14   SALVADOR ORTIZ-PADILLA,

15              Defendant.

16

17          IT IS HEREBY STIPULATED, by and between the parties through their respective

18   counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

19   Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the change of plea

20   hearing currently scheduled for October 23, 2023, may be continued to November 13, 2023, at

21   10:00 a.m.

22          The parties are in the process of finalizing a plea agreement in this matter. Undersigned

23   counsel requires additional time to discuss the plea offer in detail with Mr. Ortiz-Padilla and to

24   file the necessary documents. As a result, the parties are requesting to continue the October 23,

25   2023 change of plea hearing to November 13, 2023. This will provide time for the parties to

26   finalize the plea documents prior to the change of plea hearing.

27          The requested continuance is made with the intention of conserving time and resources

28   for both the parties and the Court. The government is in agreement with this request and the

1    requested date is a mutually agreeable date for both parties. The parties stipulate that for the

2    purpose of computing time under the Speedy Trial Act, the Court should exclude time from the

3    date of this order through November 13, 2023, for defense preparation and investigation,

4    pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are

5    served by resetting the status conference date outweigh the best interest of the public and the

6    defendant in a speedy trial.

7

8                                                      Respectfully submitted,

9                                                      HEATHER E. WILLIAMS
                                                       Federal Defender
10

11   Date: October 17, 2023                           */s/ Reed Grantham*
                                                       REED GRANTHAM
12                                                     Assistant Federal Defender
                                                       Attorney for Defendant
13                                                     SALVADOR ORTIZ-PADILLA

14

15                                                     PHILLIP A. TALBERT
                                                       United States Attorney
16

17   Date: October 17, 2023                           */s/ Justin Gilio*
                                                       JUSTIN GILIO
18                                                     Assistant United States Attorney
                                                       Attorney for Plaintiff
19

20

21

22

23

24

25

26

27

28

Ortiz-Padilla – Stipulation                          -2-

**O R D E R**

The change of plea hearing currently set for October 23, 2023, is hereby continued to November 13, 2023, at 10:00 a.m.

The time through November 13, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 17, 2023**

_____
UNITED STATES DISTRICT JUDGE

Ortiz-Padilla – Stipulation                            -3-