1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SALVADOR ORTIZ-PADILLA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:21-cr-00239-JLT-SKO |
|---|---|
12 | Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
13 | vs. | |
14 | SALVADOR ORTIZ-PADILLA, | |
15 | Defendant. | |

17     IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the change of plea

20 hearing currently scheduled for November 13, 2023, may be continued to January 16, 2024, at

21 10:00 a.m.

22     The parties are in the process of finalizing a plea agreement in this matter. Undersigned

23 counsel requires additional time to discuss the plea offer in detail with Mr. Ortiz-Padilla and to

24 file the necessary plea documents. As a result, the parties are requesting to continue the

25 November 13, 2023 change of plea hearing to January 16, 2024. This will provide time for the

26 parties to finalize the plea documents prior to the change of plea hearing.

27     The requested continuance is made with the intention of conserving time and resources

28 for both the parties and the Court. The government is in agreement with this request and the

1  requested date is a mutually agreeable date for both parties. The parties stipulate that for the
2  purpose of computing time under the Speedy Trial Act, the Court should exclude time from the
3  date of this order through January 16, 2024, for defense preparation and investigation, pursuant
4  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by
5  resetting the status conference date outweigh the best interest of the public and the defendant in a
6  speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 6, 2023                 */s/ Reed Grantham*
                                       REED GRANTHAM
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       SALVADOR ORTIZ-PADILLA


PHILLIP A. TALBERT
United States Attorney

Date: November 6, 2023                 */s/ Justin Gilio*
                                       JUSTIN GILIO
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The change of plea hearing currently set for November 13, 2023, is hereby continued to January 16, 2024, at 10:00 a.m.

The time through January 16, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 6, 2023**

_____
UNITED STATES DISTRICT JUDGE