HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ORTIZ-PADILLA,<br><br>Defendant. | Case No. 1:21-cr-00239-JLT-SKO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the change of plea hearing currently scheduled for January 16, 2024, may be continued to January 29, 2024, at 9:00 a.m.

The parties have been in active plea negotiations regarding this case. Final edits are currently being made to the proposed plea agreement. Once made, undersigned counsel requires additional time to go over the plea offer in detail with Mr. Ortiz-Padilla and to file the necessary plea documents sufficiently in advance of the change of plea hearing. As a result, the parties are requesting to continue the January 16, 2024 change of plea hearing to January 29, 2024. This will provide time for the parties to finalize the plea documents prior to the change of plea hearing.

1    The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through January 29, 2024, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by resetting the change of plea hearing outweigh the best interest of the public and the defendant in a speedy trial.

                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

Date: January 10, 2024                      */s/ Reed Grantham*
                                                    REED GRANTHAM
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    SALVADOR ORTIZ-PADILLA

                                                    PHILLIP A. TALBERT
                                                    United States Attorney

Date: January 10, 2024                      */s/ Justin Gilio*
                                                    JUSTIN GILIO
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.** The change of plea hearing currently set for January 16, 2024, is hereby continued to January 29, 2024, at 9:00 a.m.

The time through January 29, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 10, 2024**

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE