HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00239-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| SALVADOR ORTIZ-PADILLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the change of plea hearing currently scheduled for January 29, 2024, may be continued to February 20, 2024, at 9:00 a.m.

The parties have been in active plea negotiations regarding a resolution in this case. As a result of these discussions, Mr. Ortiz-Padilla has found it necessary to consult with an immigration attorney to more fully understand the impact of any plea in this case. Accordingly, Mr. Ortiz-Padilla requires additional time and opportunity to discuss these issues with an immigration attorney. Therefore, the parties are requesting to continue the January 29, 2024 change of plea hearing to February 20, 2024. This will provide time for Mr. Ortiz-Padilla to consult with his immigration attorney and for the parties to finalize the plea documents prior to

the change of plea hearing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 20, 2024, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by resetting the change of plea hearing outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 23, 2024   */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SALVADOR ORTIZ-PADILLA


PHILLIP A. TALBERT
United States Attorney

Date: January 23, 2024   */s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The change of plea hearing currently set for January 29, 2024, is hereby continued to February 20, 2024, at 9:00 a.m.

The time through February 20, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 23, 2024**                              _____
                                                                                    UNITED STATES DISTRICT JUDGE