HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ORTIZ-PADILLA,<br><br>Defendant. | Case No. 1:21-cr-00239-JLT-SKO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the change of plea hearing currently scheduled for February 20, 2024, may be continued to April 1, 2024, at 9:00 a.m.

The parties have been in active plea negotiations regarding a resolution in this case, and the government has extended a plea agreement in this matter. Counsel for Mr. Ortiz-Padilla has discussed this plea agreement with Mr. Ortiz-Padilla. Following these discussions, Mr. Ortiz-Padilla has found it necessary to consult with an immigration attorney in order to more fully understand the impact of any plea in this case. Mr. Ortiz-Padilla has now met with an immigration attorney and is in the process of obtaining the answers to his questions. At present, he requires additional time and opportunity to continue to meet with this attorney and to work

1  with this attorney on issues related to his immigration status. Accordingly, the parties are
2  requesting to continue the February 20, 2024 change of plea hearing to April 1, 2024, to provide
3  sufficient time for these continued discussions.
4      The requested continuance is made with the intention of conserving time and resources
5  for both the parties and the Court. The government is in agreement with this request and the
6  requested date is a mutually agreeable date for both parties. The parties stipulate that for the
7  purpose of computing time under the Speedy Trial Act, the Court should exclude time from the
8  date of this order through April 1, 2024, for defense preparation and investigation, pursuant to 18
9  U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by resetting
10 the change of plea hearing outweigh the best interest of the public and the defendant in a speedy
11 trial.

                                       Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: February 15, 2024            */s/ Reed Grantham*
                                       REED GRANTHAM
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       SALVADOR ORTIZ-PADILLA

                                       PHILLIP A. TALBERT
                                       United States Attorney

Date: February 15, 2024            */s/ Justin Gilio*
                                       JUSTIN GILIO
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The change of plea hearing currently set for February 20, 2024, is hereby continued to April 1, 2024, at 9:00 a.m.

The time through April 1, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 16, 2024**

_____
UNITED STATES DISTRICT JUDGE