1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SALVADOR ORTIZ-PADILLA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:21-cr-00239-JLT-SKO
12 |              Plaintiff,          | STIPULATION TO CONTINUE CHANGE OF
                                        PLEA HEARING; ORDER
13 | vs.                              |
14 | SALVADOR ORTIZ-PADILLA,          |
15 |              Defendant.          |
16

17         IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the change of plea

20 hearing currently scheduled for April 1, 2024, may be continued to April 29, 2024, at 9:00 a.m.

21         The parties have been in active plea negotiations regarding a resolution in this case, and

22 the government has extended a plea agreement in this matter. Counsel for Mr. Ortiz-Padilla has

23 discussed this plea agreement with Mr. Ortiz-Padilla. However, following these discussions, Mr.

24 Ortiz-Padilla required the assistance of an immigration attorney to more fully understand the

25 impact of any plea in this case. Mr. Ortiz-Padilla contacted and began meeting with an

26 immigration attorney in February 2024. Mr. Ortiz-Padilla is in the midst of discussing his

27 questions with his immigration attorney. At the moment, he is waiting to hear back from his

28 immigration attorney regarding several issues that they have discussed. Accordingly, he requires

1  additional time and opportunity to meet with this attorney and to work with this attorney on
2  issues related to his immigration status.
3    The requested continuance is made with the intention of conserving time and resources
4  for both the parties and the Court. The government is in agreement with this request and the
5  requested date is a mutually agreeable date for both parties. The parties stipulate that for the
6  purpose of computing time under the Speedy Trial Act, the Court should exclude time from the
7  date of this order through April 29, 2024, for defense preparation and investigation, pursuant to
8  18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by
9  resetting the change of plea hearing outweigh the best interest of the public and the defendant in
10 a speedy trial.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: March 26, 2024                    */s/ Reed Grantham*
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SALVADOR ORTIZ-PADILLA


                                        PHILLIP A. TALBERT
                                        United States Attorney

Date: March 26, 2024                    */s/ Justin Gilio*
                                        JUSTIN GILIO
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The change of plea hearing currently set for April 1, 2024, is hereby continued to April 29, 2024, at 9:00 a.m.

The time through April 29, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __March 26, 2024__                              _____
                                                                                    UNITED STATES DISTRICT JUDGE