| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00239-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| SALVADOR ORTIZ-PADILLA, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the change of plea hearing currently scheduled for April 29, 2024, may be continued to June 17, 2024, at 9:00 a.m.

   The parties have been in active plea negotiations regarding a resolution in this case, and the government has extended a plea agreement in this matter. Counsel for Mr. Ortiz-Padilla has discussed this plea agreement in detail with Mr. Ortiz-Padilla. However, following these discussions, Mr. Ortiz-Padilla required the assistance of an immigration attorney to more fully understand the impact of any plea in this case.

   Mr. Ortiz-Padilla contacted and began meeting with an immigration attorney in February 2024. Mr. Ortiz-Padilla has been in regular contact with this immigration attorney, who is actively answering his questions and working on his behalf. Mr. Ortiz-Padilla's immigration

attorney has indicated that she is in need of additional time to properly advise Mr. Ortiz-Padilla regarding his immigration questions. For this reason, Mr. Ortiz-Padilla requires additional time prior to proceeding with the change of plea in this case. As a result, the parties are requesting that this matter be continued to June 17, 2024.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through June 17, 2024, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by resetting the change of plea hearing outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2024   */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SALVADOR ORTIZ-PADILLA

PHILLIP A. TALBERT
United States Attorney

Date: April 24, 2024   */s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The change of plea hearing currently set for April 29, 2024, is hereby continued to June 17, 2024, at 9:00 a.m.

The time through June 17, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 24, 2024**                           
UNITED STATES DISTRICT JUDGE