HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ORTIZ-PADILLA,<br><br>Defendant. | Case No. 1:21-cr-00239-JLT-SKO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the change of plea hearing currently scheduled for June 17, 2024, may be continued to July 8, 2024, at 9:00 a.m.

The parties have been in active plea negotiations regarding a resolution in this case, and the government has extended a plea agreement in this matter. Counsel for Mr. Ortiz-Padilla had previously discussed this plea agreement in detail with Mr. Ortiz-Padilla. However, following these discussions, Mr. Ortiz-Padilla required the assistance of an immigration attorney to more fully understand the impact of any plea in this case. Mr. Ortiz-Padilla has now received answers with respect to his immigration-related questions.

It is anticipated that the parties will be able to resolve this matter and counsel for Mr. Ortiz-Padilla is in the process of re-explaining the terms of the plea proposal in this matter to Mr.

Ortiz-Padilla and is working to finalize the necessary plea documents, which include the proposed plea agreement as well as a waiver of indictment form and a superseding information. In order to accomplish this, the parties are requesting that this matter be continued to July 8, 2024. This continuance is intended to factor in the time necessary for counsel for Mr. Ortiz-Padilla to finalize the plea documents and countenances undersigned counsel's scheduled leave between June 28, 2024, and July 5, 2024.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through July 8, 2024, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by resetting the change of plea hearing outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 12, 2024    /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SALVADOR ORTIZ-PADILLA


PHILLIP A. TALBERT
United States Attorney

Date: June 12, 2024    /s/ Justin Gilio
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The change of plea hearing currently set for June 17, 2024, is hereby continued to July 8, 2024, at 9:00 a.m.

The time through July 8, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Date: June 13, 2024

Hon. Jennifer L. Thurston
United States District Judge