HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00239-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| SALVADOR ORTIZ-PADILLA, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the change of plea hearing currently scheduled for July 8, 2024, may be continued to July 29, 2024, at 9:00 a.m.

　　　　The parties have filed a plea agreement in this case and had planned to appear for the change of plea hearing at the scheduled time. However, defense counsel is unable to attend the change of plea hearing for personal health reasons. Defense counsel anticipates that he will be healthy and available for the change of plea hearing on July 29, 2024.

　　　　The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the

date of this order through July 29, 2024, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by resetting the change of plea hearing outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 8, 2024        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SALVADOR ORTIZ-PADILLA


PHILLIP A. TALBERT
United States Attorney

Date: July 8, 2024        */s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The change of plea hearing currently set for July 8, 2024, is hereby continued to July 29, 2024, at 9:00 a.m.

The time through July 29, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **July 8, 2024**                                      _____
UNITED STATES DISTRICT JUDGE