HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00239-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | Date:  February 18, 2025 |
| SALVADOR ORTIZ-PADILLA, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the sentencing hearing

currently scheduled for November 25, 2024, at 9:00 a.m. may be continued to February 18, 2025,

at 9:00 a.m.

Mr. Ortiz-Padilla entered a plea of guilty to Count One of the Superseding Information

on July 29, 2024. *See* Dkt. #65. The matter was then scheduled for sentencing on November 25,

2024. *See* Dkt. #65. Mr. Ortiz-Padilla interviewed with the assigned probation officer thereafter.

The draft Presentence Investigation Report (PSR) was due to be submitted to the parties on

October 15, 2024. However, and for reasons explained by the assigned probation officer to the

parties, the draft PSR was filed on October 25, 2024. *See* Dkt. #66. Because the parties' informal

objections would otherwise be due by October 28, 2024, and because the parties require time to

1  look into additional information set forth in the PSR, the parties are requesting that the

2  sentencing hearing in this matter be continued. Additionally, the proposed date was selected in

3  order to provide counsel sufficient time to discuss the PSR in detail with Mr. Ortiz-Padilla and to

4  account for counsel's time commitments in other matters and scheduled leave occurring during

5  this time period. Accordingly, the parties are requesting to continue sentencing to February 18,

6  2025.

7      The government does not oppose the continuance of the sentencing in this matter to the

8  date proposed herein. The requested continuance is made with the intention of conserving time

9  and resources for both the parties and the Court. The government is in agreement with this

10  request and the requested date is a mutually agreeable date for all parties. As this is a sentencing

11  hearing, no exclusion of time is necessary.

12                                                    Respectfully submitted,

13
                                                      PHILLIP A. TALBERT
14                                                    United States Attorney

15

16  Date: October 28, 2024                           */s/ Justin Gilio*
                                                      JUSTIN GILIO
17                                                    Assistant United States Attorney
                                                      Attorney for Plaintiff
18

19                                                    HEATHER E. WILLIAMS
                                                      Federal Defender
20

21  Date: October 28, 2024                           */s/ Reed Grantham*
                                                      REED GRANTHAM
22                                                    Assistant Federal Defender
                                                      Attorney for Defendant
23                                                    SALVADOR ORTIZ-PADILLA

24

25

26

27

28

1

## O R D E R

2        For the reasons set forth above, the sentencing hearing scheduled for November 25, 2024,

3   at 9:00 a.m. be continued to February 18, 2025, at 9:00 a.m.

4

5   IT IS SO ORDERED.

6        Dated:   **October 28, 2024**

7                                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28