HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ORTIZ-PADILLA,<br><br>Defendant. | Case No. 1:21-cr-00239-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date:   March 17, 2025<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the sentencing hearing currently scheduled for February 18, 2025, at 9:00 a.m. may be continued to March 17, 2025, at 9:00 a.m.

The parties are in receipt of the final Presentence Investigation Report (PSR) that was filed on January 27, 2025. *See* Dkt. #69. Counsel for Mr. Ortiz-Padilla is in the process of obtaining materials relevant for sentencing and requires additional time to obtain these materials and to prepare for sentencing in this matter. Accordingly, the parties are requesting to continue sentencing to March 17, 2025.

The government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time

and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 7, 2025

*/s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 7, 2025

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SALVADOR ORTIZ-PADILLA

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for February 18, 2025, at 9:00 a.m. be continued to March 17, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 7, 2025**

UNITED STATES DISTRICT JUDGE