HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00239-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | Date: April 21, 2025 |
| SALVADOR ORTIZ-PADILLA, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the sentencing hearing currently scheduled for March 17, 2025, at 9:00 a.m. may be continued to April 21, 2025, at 9:00 a.m.

This matter is currently set for sentencing on March 17, 2025. The parties are in receipt of the final Presentence Investigation Report (PSR) that was filed on January 27, 2025. *See* Dkt. #69. Both parties are in need of additional time to finalize the filings that are necessary to file in this case prior to sentencing in this matter. Accordingly, the parties are requesting to continue sentencing to April 21, 2025.

Both parties support the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time and resources

for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

                                                Respectfully submitted,

                                                MICHELE BECKWITH
                                                Acting United States Attorney

Date: March 12, 2025                    */s/ Justin Gilio*
                                                JUSTIN GILIO
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: March 12, 2025                    */s/ Reed Grantham*
                                                REED GRANTHAM
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                SALVADOR ORTIZ-PADILLA

## **O R D E R**

     IT IS HEREBY ORDERED that the sentencing hearing scheduled for March 17, 2025, at 9:00 a.m. be continued to April 21, 2025, at 9:00 a.m.

IT IS SO ORDERED.

    Dated:   **March 12, 2025**                                                 
                                                                      UNITED STATES DISTRICT JUDGE