1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SALVADOR ORTIZ-PADILLA

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No. 1:21-cr-00239-JLT-SKO

12              Plaintiff,           STIPULATION TO CONTINUE
                                     SENTENCING; ORDER
13  vs.
                                     Date:  May 27, 2025
14  SALVADOR ORTIZ-PADILLA,          Time:  9:00 a.m.
                                     Judge: Hon. Jennifer L. Thurston
15              Defendant.

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Salvador Ortiz-Padilla, that the sentencing hearing

20  currently scheduled for April 21, 2025, at 9:00 a.m. may be continued to May 27, 2025, at 9:00

21  a.m.

22         This matter is currently set for sentencing on April 21, 2025. The parties are in receipt of

23  the final Presentence Investigation Report (PSR) and the parties agree with the guideline range

24  calculated therein. Sentencing had previously been continued in this matter to April 21, 2025, to

25  provide sufficient time for the preparation and filing of documents necessary for the Court's

26  review prior to sentencing. Since then, Mr. Ortiz-Padilla has raised several legal questions with

27  counsel that require additional research, discussion, and resolution prior to sentencing. Counsel

28  for Mr. Ortiz-Padilla has begun this research and has had initial discussions with Mr. Ortiz-

1    Padilla, but additional time is required to accomplish this and to prepare for sentencing. The

2    parties have discussed this request and are in agreement that no further continuances will be

3    sought in this matter.

4         The requested continuance is made with the intention of conserving time and resources

5    for both the parties and the Court. The government is in agreement with this request and the

6    requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no

7    exclusion of time is necessary.

8
                                        Respectfully submitted,
9

10                                       MICHELE BECKWITH
                                         Acting United States Attorney
11

12   Date: April 15, 2025               /s/ Justin Gilio
                                         JUSTIN GILIO
13                                       Assistant United States Attorney
                                         Attorney for Plaintiff
14

15                                       HEATHER E. WILLIAMS
                                         Federal Defender
16

17   Date: April 15, 2025               /s/ Reed Grantham
                                         REED GRANTHAM
18                                       Assistant Federal Defender
                                         Attorney for Defendant
19                                       SALVADOR ORTIZ-PADILLA

20

21

22                                   **O R D E R**

23        IT IS HEREBY ORDERED that the sentencing hearing scheduled for April 21, 2025,

24   at 9:00 a.m. be continued to May 27, 2025, at 9:00 a.m.

25

26

27   Dated: April 15, 2025

                                         Hon. Jennifer L. Thurston
28                                       United States District Judge

Ortiz-Padilla – Stipulation to Continue Sentencing          2