HEATHER E. WILLIAMS, Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ORTIZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR ORTIZ-PADILLA,<br><br>Defendant. | Case No. 1:21-cr-00239-JLT-SKO<br><br>STIPULATION AND ORDER CONTINUING SURRENDER DATE<br><br><br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Salvador Ortiz-Padilla, that the surrender date for Mr. Ortiz-Padilla be continued from July 8, 2025, to August 5, 2025, at or before 12:00 p.m. at the facility designated by the Bureau of Prisons (BOP).

On May 27, 2025, this Court imposed a 30-month sentence. *See* Dkt. #80. At that time, a surrender date of July 8, 2025, by 12:00 p.m. was set. *See* Dkt. #80. On Tuesday, July 1, 2025, counsel for Mr. Ortiz-Padilla inquired with the United States Marshals Service (USMS) to determine whether Mr. Ortiz-Padilla had been designated by the Bureau of Prisons (BOP). At that time, Mr. Ortiz-Padilla had not been designated by the BOP and counsel was told to reach back out at the end of the week. On Thursday, July 3, 2025, counsel reached back out and was told that Mr. Ortiz-Padilla should surrender to FCI Mendota on Tuesday, July 8, 2025. However,

at the end of the day on Monday, July 7, 2025, counsel was notified by USMS that Mr. Ortiz-Padilla had not yet been designated to a BOP facility. As of the date and time of this filing, Mr. Ortiz-Padilla has not yet been designated to a BOP facility.

Counsel for Mr. Ortiz-Padilla communicated with counsel for the government and government counsel is agreeable to extend the surrender date to August 5, 2025, to provide sufficient time for a designation to occur and so Mr. Ortiz-Padilla can report directly to the designated BOP facility. Counsel for Mr. Ortiz-Padilla also spoke with Mr. Ortiz-Padilla's Pretrial Services' Officer who does not oppose a continuation of the surrender date. Accordingly, the parties are requesting that the surrender date be continued to August 5, 2025, at or before 12:00 p.m. at the facility designated by the BOP.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: July 7, 2025     */s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 7, 2025     */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SALVADOR ORTIZ-PADILLA

Ortiz-Padilla – Stipulation and [Proposed] Order     2

# **O R D E R**

For the reasons set forth, the stipulation is **GRANTED**. The defendant **SHALL** report for service of his sentence **no later than August 5, 2025, by 12:00 p.m**. If the BOP has not designated him to a facility by that time, he **SHALL** report either to the U.S. Marshal Service in Fresno, California or to the facility he is referred to by the U.S. Marshal Service.

**The Court does not anticipate granting any further extensions of time for the defendant to begin serving his sentence**.

IT IS SO ORDERED.

Dated:   **July 8, 2025**                                             _____
                                                                                        UNITED STATES DISTRICT JUDGE